**FILED**

**NOT FOR PUBLICATION**

SEP 29 2015

**UNITED STATES COURT OF APPEALS**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| TIMOTHY L. BLIXSETH, <br><br> Appellant, <br><br> v. <br><br> YELLOWSTONE MOUNTAIN CLUB, LLC; AD HOC GROUP OF CLASS B UNIT HOLDERS; CIP SUNRISE RIDGE OWNER LLC; CIP YELLOWSTONE LENDING LLC; CROSSHARBOR CAPITAL PARTNERS, LLC; MARC S. KIRSCHNER; CREDIT SUISSE AG, CAYMAN ISLANDS BRANCH; YELLOWSTONE CLUB LIQUIDATING TRUST, <br><br> Appellees. | No. 12-35986 <br><br> D.C. No. 2:11-cv-00073-SEH <br><br> **ORDER** |

Before: **KOZINSKI**, **PAEZ** and **BERZON**, Circuit Judges.

Michael J. Flynn's petition for rehearing en banc and request for an evidentiary hearing are **DENIED**.